1 BRIAN J. STRETCH (CABN 163973)
United States Attorney
2 THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
3 MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
4 150 Almaden Blvd., Suite 900
San Jose, CA 95113
5 Telephone:    (408) 535-5040
Fax:             (408) 535-5066
6 Email: michael.pitman@usdoj.gov

7 Attorneys for the United States of America

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11 United States of America,                      Case No. 5:17-cv-02195-HRL

12     Petitioner,                                STIPULATION AND [~~PROPOSED~~] ORDER
                                                  PARTIALLY ENFORCING SUMMONS
13          v.

14 Hank Risan,

15     Respondent.

16

17          Petitioner the United States of America ("United States"), on behalf of the Internal Revenue

18 Service ("IRS"), and Respondent Hank Risan ("Respondent") by and through undersigned counsel,

19 having met and conferred regarding the United States' Verified Petition to Enforce Internal Revenue

20 Service Summons, filed on April 19, 2017 (Doc. # 1) ("Petition"), hereby stipulate and request that the

21 Court enter the attached proposed order, and state as follows in support:

22          By way of the Petition, the United States seeks an order enforcing an IRS summons issued to

23 Petitioner on or about November 4, 2016.  A copy of the summons at issue was attached as Exhibit 2 to

24 the Petition.  Among other things, the summons at issue included 14 Requests seeking certain categories

25 of documents.  With respect to Request # 4 in the summons, Respondent has agreed to produce a listing

26 of all business entities with respect to which Respondent was an owner, partner or shareholder, or any

27 business with any bank account upon which Respondent was an authorized signer, or any business on

28 behalf of which Respondent signed any tax return.  With respect to Requests # 5, 6, 7, 9, 10 and 14 in

1 the summons, Respondent has agreed to produce the following documents pertaining to any entity listed

2 on Respondent's Schedule Cs for 2014 and/or 2015, as well as any other entities whose financial

3 performance in any year affected Respondent's income tax returns for 2014 and/or 2015 (including by

4 way of a net operating loss):

5     a.  Financial Statements (Balance Sheet; Income Statements Etc.),

6     b.  Working Trial Balance with account numbers,

7     c.  Chart of Accounts,

8     d.  Adjusting and closing journal entries,

9     e.  Check registers,

10     f.  Cash disbursements journals,

11     g.  Cash receipts journals,

12     h.  General ledger,

13     i.  Sales Journals, Purchases journals, and

14     j.  Other workpapers used in the preparation of the financial statement(s).

15 Respondent has represented to the United States that Respondent has no documents responsive to

16 Requests # 8, 11, 12 and 13 in the summons.

17   Accordingly, the parties hereby request the Court issue the attached [~~Proposed~~] Order

18 memorializing the parties' agreement with respect to certain portions of the summons at issue.

19   The parties further respectfully request that the Court retain jurisdiction over this matter to

20 adjudicate any disputes which may arise with respect to compliance with the attached [~~Proposed~~] Order,

21 or with respect to portions of the summons that are not addressed herein.

22 \\

23 \\

24 \\

25 \\

26 \\

27 \\

28 \\

Respectfully submitted this 25th day of August, 2017,

BRIAN J. STRETCH
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

s/ John F. Doyle
JOHN FRANCIS DOYLE
WealthPLAN, LLP
1960 The Alameda
Suite 185
San Jose, CA 95126
408-918-9030
Fax: 408-918-9040
Email: jfdoyle@wealthplan.com

Attorneys for Respondent Hank Risan

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and for good cause shown therein, it is hereby ORDERED that the United States' petition to enforce the IRS summons is GRANTED in part. Respondent is ORDERED to produce the following documents called for by the terms of the summons at issue in this matter to the Attorneys for the United States at 150 Almaden Blvd., Suite 900, San Jose, CA 95113, no later than September 14, 2017:

1) With respect to Request # 4 in the summons, Respondent shall produce a listing of all business entities with respect to which Respondent was an owner, partner or shareholder, or any business with any bank account upon which Respondent was an authorized signer, or any business on behalf of which Respondent signed any tax return.

2) With respect to Requests # 5, 6, 7, 9, 10 and 14 in the summons, Respondent shall produce the following documents pertaining to any entity listed on Respondent's Schedule Cs for 2014 and/or 2015, as well as any other entities whose financial performance in any year affected Respondent's income tax returns for 2014 and/or 2015 (including by way of a net operating loss):

1            a.        Financial Statements (Balance Sheet; Income Statements Etc.),

2            b.        Working Trial Balance with account numbers,

3            c.        Chart of Accounts,

4            d.        Adjusting and closing journal entries,

5            e.        Check registers,

6            f.        Cash disbursements journals,

7            g.        Cash receipts journals,

8            h.        General ledger,

9            i.        Sales Journals, Purchases journals, and

10           j.        Other workpapers used in the preparation of the financial statement(s).

11      3)       With respect to Requests # 8, 11, 12 and 13 in the summons, Respondent shall produce

12 responsive documents to the extent he is in possession or control of them.

13

14

15 SO ORDERED this ___28th___ day of ___August_____, 2017.

16

17                              _____

18                              THE HONORABLE HOWARD R. LLOYD
                             UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28